Stephen R. Basser
sbasser@barrack.com
Samuel M. Ward
sward@barrack.com
BARRACK, RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, CA  92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

*Attorneys for Plaintiff Eric Zatt*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ZATT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>      v.<br><br>AT&T CORPORATION and AT&T MOBILITY, LLC.<br><br>    Defendants. | Case No. 3:16-cv-01323-GPC-RBB<br><br>Certificate of Service |

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 600 West Broadway, Suite 900, San Diego, California 92101; and that on February 16, 2017, I served a true copy of the attached:

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

to the parties listed on the attached Service List by the following means of service:

**BY E-FILE:**    I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 16th day of February, 2017.

/s/ SAMUEL M. WARD

SAMUEL M. WARD

1 – Certificate of Service